UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                        Case No. 19-cr-20084
                                                          Hon. Matthew F. Leitman

v.

GARY DON LYNN, JR.

      Defendant.
_____/

**ORDER GRANTING LEAVE TO FILE EXHIBIT UNDER SEAL**

      This matter is before the Court on the government's motion for leave to file under seal Exhibit A to the Government's Response to Defendant's Motion for Compassionate Release, (ECF No. 53) because the exhibit contains the defendant's sensitive personal information and BOP medical records that contained confidential health information.

      The Court has reviewed the motion to seal and finds that it should be granted.

Accordingly, it is ORDERED that the government's motion to seal is GRANTED, and the government is permitted to file UNDER SEAL Exhibit A to its Response to Defendant's Motion for Compassionate Release.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 5, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 5, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126